SARAH A. KEMP, Landlord, Respondent, v. FANNIE LEVY, Individually and as Legal Representative of BENJAMIN J. LEVY, Deceased, Tenant, Appellant.

Supreme Court, Appellate Term, First Department, June 27, 1924.

**Landlord and tenant — liability for rent — tenant in possession of premises as vendee is not liable for rent after landlord defaults at title closing.**

A tenant in possession of premises as a vendee is not liable to the landlord for rent from the date set for closing title where it appears that the failure to close title was due to the landlord's default.

APPEAL by defendant from a final order of the Municipal Court of the city of New York, borough of Manhattan, seventh district, after a trial by a judge without a jury.

*Samuel D. Spector*, for the appellant.

*William A. Herrmann*, for the respondent.

*Per Curiam.*   The question involved in this appeal is whether the vendee in possession of real estate who up to the date of closing had been a tenant, is liable for rent after that date where the failure to close title was due to the landlord's default.   The case was tried on stipulated facts as a question of law.

The learned trial court has found for the landlord.   From the date of the landlord's default the tenant was in possession as vendee and not as a tenant, and a final order should have been directed in her favor.

Final order reversed, with thirty dollars costs, and final order awarded the tenant dismissing the petition.

All concur; present, BIJUR, MULLAN and LEVY, JJ.

Order reversed.